**JWB**

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luiz Arnoldo Gonzalez-Pena, ) | No. CV 04-3023-PHX-DGC (MEA) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Lopez, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Plaintiff's Response to the Court's March 28, 2007 Order to Show Cause (Doc. # 19). The Court required Plaintiff to show cause why Defendants Lopez and Osario should not be dismissed for failure to serve. The Court will dismiss Lopez and Osario for failure to serve and terminate this action.

**I.     Response to Order to Show Cause**

The Court's March 28, 2007 Order explicitly directed Plaintiff to explain why Lopez and Osario should not be dismissed for failure to serve. Plaintiff's response, however, focuses exclusively on exhaustion and the merits of his claims. Plaintiff does not attempt to articulate why he has not attempted to effect service on Lopez and Osario after their summonses were returned unexecuted in August and October of 2006. This Court's July 20, 2006 Screening Order warned Plaintiff that failure to effect service on any Defendant within 120 days of the filing of the complaint or within 60 days of the filing of the Screening Order, whichever was later, would result in the dismissal of any defendant not served. The Court's March 28, 2007 Order to Show Cause reiterated that warning. In failing to adduce any explanation for his failure to effect service, Plaintiff has not discharged his responsibility

under the Order to Show Cause. Consequently, Defendants Lopez and Osario will be dismissed for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 16.2(b)(2)(B)(i).

**IT IS ORDERED** that Defendants Lopez and Osario are **dismissed** for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 16.2(b)(2)(B)(i). Plaintiff's action is **dismissed without prejudice**. The Clerk shall terminate this action.

DATED this 30th day of April, 2007.

David G. Campbell
United States District Judge